IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-173-CR




JANE MATYASTIK,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT OF MILAM COUNTY 



NO. 17,644, HONORABLE ROGER HASHEM, JUDGE PRESIDING


 




PER CURIAM

 On appeal by trial de novo from justice court, appellant was convicted of allowing
a child at least four years old but less than fifteen years old ride in the front seat of a car without
being secured by a seat belt. Tex. Rev. Civ. Stat. Ann. art. 6701d, § 107C (West Supp. 1993). 
The punishment is a $50 fine.

 This Court has jurisdiction in this cause only if the sole issue is the constitutionality
of section 107C. Tex. Code Crim. Proc. Ann. art. 4.03 (West Supp. 1993). Appellant's four
points of error do not challenge the constitutionality of the statute, but instead assert various
procedural complaints. Under the circumstances, this Court is without jurisdiction.

 The appeal is dismissed. 


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed

Filed: October 13, 1993

Do Not Publish